David Crowley, Appellee, v. John D. Sidey, Appellant.

Gen. No. 46,901.

First District, Third Division.

October 17, 1956.

Released for publication November 28, 1956.

Van Duzer, Gershon, Quinlan & Jordan, for appellant; Irving N. Stenn, for appellee; Charles M. Loverde, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.